UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD L. STETHEM, et al. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE ISLAMIC REPUBLIC OF IRAN, ) <br> et al., ) <br> ) <br> Defendants. ) | Civil Action No. 00-0159 (TPJ) |
| KURT CARLSON, et al. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE ISLAMIC REPUBLIC OF IRAN, ) <br> et al., ) <br> ) <br> Defendants. ) | Civil Action No. 00-1309 (TPJ) |

FILED

FEB 7 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Pursuant to Fed. R. Civ. P. 42(a), it appearing to this Court that these cases involve common questions of law or fact, and in accordance with the proceedings at the status conference of February 7, 2001, it is, this 7th day of February, 2001,

ORDERED, that these cases are consolidated for trial; and it is

FURTHER ORDERED, that the parties shall appear for a status conference on May 9, 2001 at 9:30 a.m.

                                                   Thomas Penfield Jackson
                                                   U.S. District Judge